IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAO MANDALAPU, M.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL, | : | |
| INC., et al. | : | NO. 15-5977 |

## ORDER

**AND NOW**, this 27th day of September, 2016, upon consideration of Defendants' Motion to Dismiss (Docket No. 22), Plaintiff's opposition thereto, and Defendants' Reply, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** insofar as it seeks dismissal of the race discrimination claims against the Defendant Doctors in Count I, II, III and V and the hostile work environment claim in Count IV, and those specified claims are **DISMISSED** with leave to amend.

2. The Motion is **DENIED** in all other respects.

3. Any amended complaint shall be filed on or before October 18, 2016.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.