IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAO MANDALAPU, M.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL, INC., et al. | : | NO. 15-5977 |

## ORDER

**AND NOW**, this 18th day of December, 2017, upon consideration of Plaintiff's Motion to Compel Production of the ACGME Documents and for Sanctions (Docket No. 67), Plaintiff's Rule 26.1(g) Motion to Compel Production of Documents Responsive to Plaintiff's Third Request for Production (Docket No. 68), and Defendant's December 14, 2017 letter response to the two Motions, and after a conference call with the parties today, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Motion to Compel Production of the ACGME Documents and for Sanctions is **DISMISSED AS MOOT** as the parties agree that Defendant has since produced the requested documents.

2. Plaintiff's Rule 26.1(g) Motion to Compel is **DISMISSED** without prejudice to Plaintiff's ability to file a more specific Motion after reviewing Defendant's production in response to the Third Request for Production, which Defendant has agreed to complete no later than Wednesday, December 20, 2017.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.