IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAO MANDALAPU, M.D. | : | CIVIL ACTION |
| v. | : | |
| TEMPLE UNIVERSITY HOSPITAL, INC., et al. | : | NO. 15-5977 |

## ORDER

**AND NOW**, this 5th day of July, 2018, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 72), all documents filed in connection therewith, and the parties' arguments at the Hearing held on June 13, 2018, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff.

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.