United States District Court for the EASTERN DISTRICT OF PENNSYLVANIA.
District of EASTERN DISTRICT OF PENNSYLVANIA
File Number: Case 2:15-cv-05977-JP.

| | |
|---|---|
| RAO S. MANDALAPU., Plaintiff<br><br>v.<br><br>TEMPLE UNIVERSITY HOSPITAL, INC. et al., 3401 N. Broad St. Philadelphia, PA 19140. And<br>JACK H. MYDLO c/o Temple University Hospital, Inc. 3401 N. Broad St. Philadelphia, PA 19140. and<br>ROBERT GUY UZZO c/o Temple University Hospital, Inc. 3401 N. Broad St. Philadelphia, PA 19140. and<br>RICHARD E. GREENBURG c/o Temple University Hospital, Inc. 3401 N. Broad St. Philadelphia, PA 19140. and<br>DAVID Y.T. CHEN c/o Temple University Hospital, Inc. 3401 N. Broad St. Philadelphia, PA 19140. And<br>ALEXANDER KUTIKOV c/o Temple University Hospital, Inc. | Notice of Appeal<br><br>FILED<br>AUG 01 2018<br>KATE BARKMAN, Clerk<br>By ___ Dep. Clerk |

1

> 3401 N. Broad St.
> Philadelphia, PA 19140.
> And
> ROBERT S. CHARLES
> c/o Temple University
> Hospital, Inc.
> 3401 N. Broad St.
> Philadelphia, PA 19140.
> and
> STEVEN J. HIRSHBERG
> c/o Temple University
> Hospital, Inc.
> 3401 N. Broad St.
> Philadelphia, PA 19140.
> And
> YAN F. SHIBUTANI
> c/o Temple University
> Hospital, Inc.
> 3401 N. Broad St.
> Philadelphia, PA 19140.
> Defendants.

Notice is hereby given that Rao S. Mandalapu (plaintiff), to all the defendants as named above in the above named case (case# 15-05977). I* hereby appeal to the United States Court of Appeals for the THIRD CIRCUIT from the final summary judgment from an order entered in this action on the 5th day of JULY 2018.

(s) RAO S. MANDALAPU., Plaintiff  07/31/2018

Address: 13204 Laguna Shores Dr. Pearland, TX 77584.

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]

---

* See Rule 3(c) for permissible ways of identifying appellants.

2