## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

RAO S. MANDALAPU
Plaintiff, (Pro Se)                               : CIVIL ACTION
v.                                                : CASE NO.2:15-cv-05977
TEMPLE UNIVERSITY HOSPITAL, INC., et. al.  :  Honorable John R. Padova,
Defendants.                                       : United States District Judge

---

**FILED**
AUG 12 2019
KATE BARKMAN, Clerk
_____ Dep. Clerk

### NOTICE OF APPEAL

Notice is hereby given that Rao S. Mandalapu, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from: (1) the July 05, 2018 Order (Dkt. No. 82) entering final summary judgment in favor of Defendants and against plaintiff; and (2) the July 31, 2019 Order (Dkt. No.95) denying plaintiff's motion under FRCP 62.1 and FRCP Rule 60 (b)(1), Rule 60(b)(2), Rule 60(b)(3), and Rule 60(d)(3) for relief from the summary judgement.

Dated: August 9, 2019

Respectfully submitted,

_____
Rao S. Mandalapu (Plaintiff, Pro-Se)