UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 18-2720

RAO S. MANDALAPU, Medical Doctor,
Appellant

v.

TEMPLE UNIVERSITY HOSPITAL; DOCTOR JACK H. MYDLO; DOCTOR
ROBERT GUY UZZO; DOCTOR RICHARD E. GREENBURG; DOCTOR DAVID
Y.T. CHEN; DOCTOR ALEXANDER KUTIKOV; DOCTOR ROBERT S. CHARLES;
DOCTOR STEVEN J. HIRSHBERG; DOCTOR YAN F. SHIBUTANI

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(District Court Civil No. 2:15-cv-05977)
District Judge: Honorable John R. Padova

Submitted Under Third Circuit L.A.R. 34.1(a)
June 11, 2019

BEFORE: JORDAN, BIBAS, and NYGAARD, *Circuit Judges*

FILED
JAN 10 2020
KATE BARKMAN, Clerk
By ____ Dep. Clerk

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on June 11, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the said District Court entered on July 6, 2018, be and the same is hereby affirmed.

Costs taxed against appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

Dated: December 3, 2019

s/Patricia S. Dodszuweit
Clerk

Cost taxed against Appellant as follows:

Brief...................$75.37

Total...................$75.37

Certified as a true copy and issued in lieu of a formal mandate on 01/10/20

Teste:
**Clerk, U.S. Court of Appeals for the Third Circuit**