UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-2854
_____

RAO S. MANDALAPU,
Appellant

v.

TEMPLE UNIVERSITY HOSPITAL, INC.; DOCTOR JACK H. MYDLO;
DOCTOR ROBERT GUY UZZO; DOCTOR RICHARD E. GREENBURG;
DOCTOR DAVID Y.T. CHEN; DOCTOR ALEXANDER KUTIKOV;
DOCTOR ROBERT S. CHARLES; DOCTOR STEVEN J. HIRSHBERG;
and DOCTOR YAN F. SHIBUTANI
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2:15-cv-5977)
District Judge: Honorable John R. Padova
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 2, 2020
Before: KRAUSE, MATEY and COWEN, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on March 2, 2020. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered August 1, 2019, be and the same is hereby affirmed. Costs taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: March 5, 2020

Cost taxed in favor of Appellees as follows:
Brief..................$754.61

Total.................$754.61

Certified as a true copy and issued in lieu of a formal mandate on 05/20/20

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**